UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                  )<br>)<br>WARNER-LAMBERT COMPANY LLC )<br>) | 04 CR 10150- ~~FED~~ RGS |

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please enter my appearance in the above-captioned action as counsel of record for Warner-Lambert Company LLC.

Dated: May 13, 2004

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　David B. Chaffin
　　　　　　　　　　　　　　　　　　　BBO# 549245
　　　　　　　　　　　　　　　　　　　HARE & CHAFFIN
　　　　　　　　　　　　　　　　　　　160 Federal Street
　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　(617) 330-5000

### CERTIFICATE OF SERVICE

I certify that on this 13th day of May 2004, a true and correct copy of the foregoing document was served by hand on counsel of record for the United States of America.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　David B. Chaffin

354003.0512