UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>WARNER-LAMBERT COMPANY LLC )<br>)<br>) | 04 CR 10150 - ~~FBS~~ RGS |

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please enter my appearance in the above-captioned action as counsel of record for Warner-Lambert Company LLC.

Dated: May 13, 2004

David B. Chaffin
BBO# 549245
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110
(617) 330-5000

### CERTIFICATE OF SERVICE

I certify that on this 13th day of May 2004, a true and correct copy of the foregoing document was served by hand on counsel of record for the United States of America.

David B. Chaffin

354003.0512

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                    ) | Criminal No. 04-10150 RGS |
| ) | |
| WARNER-LAMBERT COMPANY ) | |

### MOTION OF UNITED STATES REGARDING PLEA AND SENTENCING

The United States, by its undersigned counsel, hereby requests that the Court sentence Warner-Lambert immediately following the Rule 11 Plea Hearing. The Government also does not object to the Court proceeding with the sentencing of Warner-Lambert immediately following the Rule 11 plea hearing in the absence of a Presentence Report. The Government understands that Warner-Lambert will today request orally that the Court schedule the plea hearing for today, to be followed immediately by a sentencing hearing. The Government neither opposes nor joins in this separate request. Should the Court determine to schedule the plea hearing and sentencing for today, the Government stands ready to proceed and will promptly file with the Clerk's office a sentencing

memorandum regarding the charges, the supporting evidentiary basis for the plea, and the factual basis supporting the complex proposed global criminal and civil resolution.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Michael K. Loucks
MICHAEL K. LOUCKS
Health Care Fraud Chief

CERTIFICATE OF SERVICE

This is to certify that I have this day, May 13, 2004 served upon Robert Fiske, a copy of the foregoing document by hand delivery.

/s/ Michael K. Loucks
MICHAEL K. LOUCKS
ASSISTANT U.S. ATTORNEY