UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> WARNER-LAMBERT COMPANY LLC ) <br> ) <br> ) | 04 CR 10150 ~~FHG~~ RCJ <br><br> FILING FEE PAID: <br> RECEIPT # 55857 <br> AMOUNT $ 200.00 <br> BY DPTY CLK <br> DATE 5/13/04 |

### ASSENTED TO MOTION FOR LEAVE TO PRACTICE
### PURSUANT TO LOCAL RULE 83.5.3

David B. Chaffin, a member of the bar of this Court and counsel of record for Warner-Lambert Company LLC, moves for an Order, pursuant to Local Rule 83.5.3, granting Robert B. Fiske, Jr., Esq., James P. Rouhandeh, Esq., James E. Murray, Esq., and Martine M. Beamon, Esq., leave to appear and practice in this Court in the above-captioned action. As set forth in their attached declarations, Messrs. Fiske, Rouhandeh, and Murray and Ms. Beamon (1) are members in good standing of the bar of every jurisdiction in which they have been admitted to practice, (2) no disciplinary proceedings are pending against them in any jurisdiction, and (3) they are familiar with the Local Rules of the United States District Court for the District of Massachusetts. The requirements for admission under Local Rule 83.5.3 therefore are met. Further, counsel for the United States of America has assented to this motion.

WHEREFORE, I respectfully request that Messrs. Fiske, Rouhandeh, and Murray and Ms. Beamon be granted leave to appear and represent Warner-Lambert Company LLC in this matter.

Dated: May 13, 2004

_____
David B. Chaffin
BBO# 549245
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110
(617) 330-5000

ASSENTED TO:

_____
Thomas E. Kanwit, Esq.
Assistant United States Attorney
United States Attorney's Office for the
 District of Massachusetts
United States Courthouse
One Courthouse Way
Boston, MA 02210
(617) 748-3271

## CERTIFICATE OF SERVICE

I certify that on this 13th day of May 2004, a true and correct copy of the foregoing document was served by hand on counsel of record for the United States of America.

_____
David B. Chaffin

354003.0512