# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-10150 RGS |
| | ) |
| WARNER-LAMBERT | ) |
| COMPANY LLC | ) |

### WAIVER OF INDICTMENT

**WARNER-LAMBERT**, the above-named defendant, who is accused of previously having been convicted of violating the Federal Food, Drug and Cosmetic Act, 21 U.S.C. §§ 331 and 333, did introduce and cause the introduction into interstate commerce from Puerto Rico and elsewhere, directly and indirectly, into Massachusetts and elsewhere, quantities of Neurontin, a drug within the meaning of the Federal Food, Drug and Cosmetic Act, 21 U.S.C. § 321(p), which drug was intended for use for the treatment of neuropathic pain, bipolar disorder, as monotherapy for epilepsy, and other unapproved uses. It is further alleged that no approval, pursuant to 21 U.S.C. § 355, was in effect with respect to Neurontin for use in these conditions and as to which uses the drug's labeling lacked adequate directions for such uses, in violation of 21 U.S.C. §§ 331(a) & (d), 333(a)(2), 352(f)(1) and 355(a). Being advised of the nature of the charges, the proposed information, and its rights, Warner-Lambert Company LLC hereby waives in open court on June 7, 2004, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

By *Martin Trashel, Vice President*
WARNER-LAMBERT COMPANY LLC
Defendant

_____
Counsel for the Defendant

Before: *Richard D. Stearns* 6-7-04.
RICHARD G. STEARNS,
District Court Judge
District of Massachusetts