UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | 1:04-cr-10150-01-RGS |
| v. | ) | |
| | ) | |
| WARNER-LAMBERT COMPANY, LLC | ) | |
|     Defendant. | ) | |

**SATISFACTION OF JUDGMENT**

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the criminal fine as to the defendant, Warner-Lambert Company, LLC, by payment in full.

                                      UNITED STATES OF AMERICA
                                      By its attorneys

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

Dated: July 22, 2004          By:  /S/ Christopher R. Donato
                                      CHRISTOPHER R. DONATO
                                      Assistant U.S. Attorney
                                      1 Courthouse Way, Suite 9200
                                      Boston, MA 02210
                                      (617) 748-3303

CERTIFICATE OF SERVICE

    I, Christopher R. Donato, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, to David B. Chaffin, Esq., Hare and Chaffin, 160 Federal Street, 23rd Floor, Boston, MA 02110-1701.

Dated: July 22, 2004                          /S/ Christopher R. Donato
                                                CHRISTOPHER R. DONATO
                                                Assistant U.S. Attorney